IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00346-AP

PAMELA HANKEN,

     Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

     Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

> **A.      Date Complaint Was Filed:  February 8, 2013**

> **B.      Date Complaint  Was Served on U.S. Attorney's Office: February 12, 2013**

> **C.      Date Answer and Administrative Record Were Filed: June 20, 2013**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

> **A.      Plaintiff's Opening Brief Due:  August 19, 2013**

> **B.      Defendant's Response Brief Due:  September 18, 2013**

> **C.      Plaintiff's Reply Brief (If Any) Due: October 3, 2013**

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

   A.      **Plaintiff's Statement: Plaintiff does not request oral argument.**

   B.      **Defendant's Statement: Defendant does not request oral argument.**

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.      **( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.      **( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

          DATED this <u>11th</u> day of July, 2013.

                              BY THE COURT:

                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

                              UNITED STATES ATTORNEY

APPROVED:
                              John F. Walsh
                              United States Attorney

<u>s/ Joseph A. Whitcomb</u>              By: <u>s/Allan D. Berger</u>
402 W. 12th Street                Special Assistant U.S. Attorney
Rocky Mountain Disability Law Group    1001 17th Street
1391 Speer Blvd., Suite 705          Denver, CO 80202
Denver, CO  80204                303-844-2149
303-534-1954                   303-844-0770 (facsimile)
303-534-1949 (facsimile)          Allan.berger@ssa.gov
Joe@rmdlg.com                 Attorneys for Defendant
Attorney for Plaintiff